# United States District Court

## Southern District of Texas

United States District Court
Southern District of Texas
FILED

APR 30 2015

David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA

V.

Juan Antonio TREVINO

**CRIMINAL COMPLAINT**

CASE NUMBER: B-15-413-MJ

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 29, 2015** in **Cameron County**, in the **Southern District of Texas** defendant(s) did, knowingly and intentionally possess with the intent to distribute approximately **1.0 kilograms** of **cocaine**, and did knowingly and intentionally enter into an agreement with persons known and unknown to posses with intent to distribute approximately **1.0 kilogram** of **cocaine**, a Schedule II Controlled Substance in violation of **Title 21 United States Code, Section(s) 841(a)(1) and 846.**

I further state that I am a Homeland Security Investigations **Special Agent** and that this complaint is based on the following facts:

On April 29, 2015, Juan Antonio TREVINO entered the United States from Mexico at the Brownsville/Matamoros Port of Entry, Brownsville, Texas. TREVINO was the driver and sole occupant of a blue 2001 Mercury Sable bearing Texas registration ███████. An intensified inspection of the vehicle and search of TREVINO revealed eight packages containing a white powdery substance concealed in TREVINO's shorts and shoes. A sample from one of the packages was taken and field tested positive for the properties of cocaine. The eight packages yielded approximately 1.0 kilograms of cocaine. In response to questioning TREVINO stated he knew he had cocaine and was to be paid $300.00 dollars for successfully crossing into the Unites States and delivering the cocaine.

Continued on the attached and made a part hereof: _____ Yes __X__ No

Signature of Complainant
German Hoppenstedt, Special Agent

Sworn to before me and subscribed in my presence,

April 30, 2015
Date

Brownsville, Texas
City and State

Ignacio Torteya III, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer